No. 20,586.

N. L. DUNCAN, *Appellee,* v. THE KAN-O-TEX REFINING COM-
PANY, *Appellant.*

SYLLABUS BY THE COURT.

CONTRACT OF EMPLOYMENT—*Action for Services—Verdict.* There being
competent evidence to support the alleged contract of employment,
the verdict, having been approved by the trial court, must, under the
familiar rule, stand.

Appeal from Greenwood district court; ALLISON T. AYRES,
judge. Opinion filed January 6, 1917. Affirmed.

*R. B. McCutcheon,* of Longton, *S. F. Wicker,* and *Gordon
A. Badger,* both of Eureka, for the appellant.
*A. B. Miller,* of Eureka, for the appellee.

The opinion of the court was delivered by

WEST, J.: This was an action to recover for services, the
defendant denying the authority of another employee to make
the contract of employment. After listening to all the evi-
dence the jury found in favor of the plaintiff and the trial
court approved the verdict. The defendant appeals. Various
errors are assigned respecting the admission of evidence and
the giving of instructions, but we find no substantial error in
these respects.

The chief contention is that the evidence failed to show the
alleged authority of the agent to employ the plaintiff and an
examination of the abstract would lead to the conclusion that
this contention is well grounded. The counter abstract, how-
ever, contains sufficient evidence of the express authority of
the agent and of the knowledge and acquiesence of the com-
pany to sustain the verdict.

The judgment is therefore affirmed.